In The United States District Court
District of Maryland

Mr Michael Lawrence Pack
5812 Simmond ave Apt C
Baltimore Md 21215
    Plaintiff

United Postal Service
Post Master Gerry Vaccanali
Main Post office
900 E Fayette Street
Baltimore Md 23083

Civil No JKB-15-589

To the clerk office

For clerk Felica Cannon? In The United States District court? For The District of Maryland Filed? U.S District Court District of Maryland? Filed U.S. District court District of Maryland 2015 Feb 9 AM 10:22 clerk's office at Baltimore By ___ Deputy Requesting Information?

In closing I the Plaintiff Mr Michael Lawrence Pack a copy of 9 Feb 2015 filing will be Mail to the Justice Department Attorney General Earl Holder investigation on the court Judge next from plaintiff Mr Michael Lawrence Pack filing on the Defendant the United Postal service

Filing in Filed U.S District court District of Maryland 2015 Feb 9 Am 10:52 clerks office at Baltimore By ___ Deputy

this civil No Judge meet The Attorney General Earl Holder investigation ☑ federal question (suit is based upon a federal statute or provision of the United State constitution other (explain) Virgins ☑ 4 Reinstated on Reopened VIII Related case (s) is any Judge Docket Number ___ Request for Hearing Plaintiff Mr Miguel Laurence Pack Request a hearing on his Motion for Reconsideration at the earliest possible date and time that In the United State District court For The District of Maryland to Appear in a summary the Defendant United State Postal Service? Requesting for Postal Master Gary Vaccarelli in a investigation? and summering Justice Defendant- Attorney General Earl Holden? in a Investigation? Request him the Hearing of The Plaintiff Mr. Michael Laurence Pack Requesting a Investigation? Thank you

Mr Michael Laurence Pack

Prose

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2015 FEB -9 AM 10: 52

Mr Michael Leonard Pack
5812 Simmond rd Apt c
Baltimore MD 21215
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

filed
by _____ DEPUTY

copy

vs.

United States Postal Service
Main Office
900 E Fayette Street
Baltimore MD 23045

*(Full name and address of the defendant(s))*
**Defendant(s)**

Civil No.: _____
*(Leave blank. To be filled in by Court.)*

For Clerk Felicia canon

******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

Justice Department
Attorney General Eorl Holden
Requesting for a Investigation ?

Complaint (Rev. 12/2000)

Plaintiff I am filing a (Gross) Negligence class action Lawsuit claiming breach of contract under Negligent when suing the Defendant United States Postal Service

```
           USPS - Main Office Window
              Baltimore, Maryland
                   212339715
               2303830001 -0091
10/28/2014      (800)275-8777     01:23:49 PM
================================================
               Sales Receipt
Product         Sale   Unit        Final
Description     Qty    Price       Price
------------------------------------------------
@@ ~ WASHINGTON DC 20500-0003      $5.90
Zone-1
Priority Mail, 1-Day
Legal Flat Rate Env
1 lb. 10.10 oz.
Expected Delivery: Wed 10/29/14
Includes $50 insurance

Return Rcpt (Green Card)           $2.70
@@ Certified                       $3.30
USPS Certified Mail #:
   70060100000108463174
Issue Postage:                    $11.90

Total:                            $11.90
Paid by:
Cash                              $20.00
Change Due:                       -$8.10

@ For tracking or inquiries go to
 USPS.com or call 1-800-222-1811.
************************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards
available for purchase at select Post
Offices.
************************************************
In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

- Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.
Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clickship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
************************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
************************************************

Bill#: 1000903991833
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
       Thank you for your business
```

Annotations on receipt: Guaranty Promise Delivery / breach of contract? / Tamper Deal / ? / Negligent? / Legal Flat Rate Env / Tb 10.10 oz BO / Flat Rate / Priority Mail / Guaranty Promise Delivery? / Gross Negligence ? / breach of contract under Negligent? / Return Rcpt (Green Card) certified?

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barrack Obama
White House
1600 Pennsylvania ave
Washington DC 20500

2. Article Number (Transfer from service label)
7006 0100 0001 0846 3174

PS Form 3811, July 2013    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery NOV 10 2014
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®    ☐ Priority Mail Express™
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Defendant United States Postal service
Complete this Section on Delivery
A Signature?
X
Return Recript
Requested
Stamp missing
Negligent, Defendant

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage            $5.90         0001
Certified Fee      $3.30         16
Return Receipt Fee $2.70        Postmark
(Endorsement Required)           BALTIMORE MD
Restricted Delivery Fee $0.00    OCT 25 2014
(Endorsement Required)
Total Postage & Fees $  $11.90

Sent To  President Barrack Obama
Street, Apt. No.; 1600 Pennsylvania ave
or PO Box No.
City, State, ZIP+4  Washington DC 20500

7006 0100 0001 0846 3174

PS Form 3800, June 2002     See Reverse for Instructions

*Defendant United States Postal Service*
*Complete this section on Delivery*
*A Signature?*
X

```
         CALVERT FINANCE STATION USPS
              BALTIMORE, Maryland
                   212029997
                 2303830008 -0098
01/30/2015      (800)275-8777      09:53:45 AM
================================================
                  Sales Receipt
Product           Sale  Unit        Final
Description        Qty  Price       Price

@@ ~~ WASHINGTON DC 20530 Zone-1    $5.75
  Priority Mail 1-Day
  Flat Rate Env
  13.40 oz.
  Expected Delivery: Sat 01/31/15
  Includes $50 insurance
  Return Rcpt (Green Card)          $2.70
@@ Certified                        $3.30
  USPS Certified Mail #:
  70141820000214147305
                                  ========
  Issue Postage:                   $11.75

Total:                             $11.75

Paid by:
Cash                               $12.00
Change Due:                        -$0.25

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

~~ Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*************************************
*************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*************************************
*************************************

Bill#: 1000204263239
Clerk: 11

     All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business

--------------------------------------
          HELP US SERVE YOU BETTER
         TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE

                 Go to:
        https://postalexperience.com/Pos
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $5.75 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $11.75 |

Postmark Here — BALTIMORE MD — 01/30/2015

Sent To: Justice Department ATTN Attorney General Earl Holden
Street & Apt. No., or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4: Washington DC 20530

PS Form 3800, July 2014    See Reverse for Instructions

7014 1820 0002 1414 7305

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Justice Department
   Attorney General Earl Holden
   ATTN Attorney General
   950 Pennsylvania Ave
   Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 05 2015

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label):  7014 1820 0002 1414 7305

PS Form 3811, July 2013    Domestic Return Receipt

---

*A copy of 9 Feb 2015 filing will be Mail To Justice Department Attorney General Earl Holden Investigation?*

*(handwritten:)* Federal Court Judges Attorney Case 00936450 MY?
*(handwritten:)* Exhibit) Evidence? in civil Action RDB-15-32, RDB-11-1579
RDB-12-131 and WMN-11-1962 Investigation ???

Defendant to believe that Plaintiff had probably committed a felony. For this reason, Defendant is entitled to the dismissal of the Plaintiff's Complaint, with prejudice, or, alternatively, Defendant is entitled to the entry of summary judgment in his favor against the Plaintiff as to all outstanding claims, as a matter of law.

*(handwritten:)* Federal Court Judges Attorney Case 00936450 MY Policeman?
*(handwritten:)* Defendant?

### REQUEST FOR HEARING

Defendant, Police Officer William Bailey, requests a hearing on his Motion for Reconsideration at the earliest possible date and time.

*(handwritten:)* Plaintiff Mr. Michael Lawrence Pack Presy? can't prevent case see
*(handwritten:)* Federal Court Judges ???
*(handwritten:)* Federal Judges? Attorney for Defendant and Police

James H. Fields
Joseph E. Spicer
Jones & Associates, P.C.
Harborplace Tower, Suite 2700
111 South Calvert Street
Baltimore, Maryland 21202
(410) 385-5240
Attorneys for Defendant,
Officer William Bailey

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of August, 2005 a copy of the foregoing Defendant's Memorandum in Support of Defendant's Motion for Reconsideration, and proposed Order were mailed via first-class mail, postage prepaid to Michael L. Pack, 5411 Lewellen Avenue, Baltimore, Maryland, 21207.

*(handwritten:)* Federal Court Judges Attorney for case 00936450 MY Policeman Defendant are the same in civil action RDB-15-32, RDB-11-1579, RDB-12-131 and WMN-11-1962

Joseph E. Spicer

*(handwritten:)* Pack, Michael Lawrence in Central Booking Intake 1 October 2008
Arrested on case 00936450 MY NTA officer Annette Jones (guilty)
(No Proof) (Not Person) Civil right violation 42 USC 1983 4 and 14 amendment?

In The United States District Court for
The District of Maryland

Federal Court Judge Attorney for the Police ???

(Judge William D Quarles Jr) civil Action No RDB-12-131?
Name? Michael Pack and NW officer An Janett Jones?

(Senior Judge William H Nickerson) civil Action No WHN-11-1462?
Name? Michael Pack and NW officer An Janett Jones?

(Judge Richard D Bennett) civil Action No RDB-11-1576?
Name? NW officer An Janett Jones, Baltimore city Police and Michael Lawrence?

(Judge Richard D Bennett) civil Action No RDB-12-131?
Name? The United States District court? for The District of Maryland???

Bill of Rights? civil Right violation? under 42 USC 1983? Violation? The United States constitution? 4 and 5 amendments? a civil Right violation? unconstitutional ???

(Lied cover up? conspiracy Perjury? in (the United States District court? for the District of Maryland)? in All the federal court? court Judges? order court Judges?) is that lied? in civil Action No RDB-12-131, RDB-11-1576? WHN-11-1462? and RDB-12-131? All Lied? The Truth will set you free? (Federal court? Judges? Attorney for the Police)???

There is (no evidence in a criminal matter naming) Michael Lawrence Pack? 1October 2008? for a court case? in District court of Maryland? for Baltimore city? (Lied cover up? conspiracy Perjury)???

There is (no evidence in a criminal matter naming) Baltimore city Police Department? for a court case? in District of Maryland? for Baltimore city? 1October 2008? (Lied cover up? conspiracy Perjury)???

There is (no evidence in a criminal matter naming) NW officer An Janett Jones? for a court case? in District of Maryland? for Baltimore city? 1October 2008?

The Pack (cover up) story ???
(Federal Court Judges? Attorney? for the Defendant? and Police?)
Plaintiff Michael Lawrence Pack is Prose? and can't provide counsel??
1October 2008? (Case 009364504? ???)

The Truth will set you free ???
In Justice is not Justice?

(3)

Bill of Rights, Civil Rights violation? Copy
Under 42 USC 1983? violation? The United
States Constitution? 4 and 5 amendment?

? civil right of action?
(Federal court Judge? Attorney for the Petries??
(Lied (cover up conspiracy perjury) in the United States
District court? For? The District of Maryland? in All
Federal court? civil Action NO RDB-11-1576? RDB-12-131? WMN-11-1462? Judge
Judgments? is that Lied? The Truth will set you free??

There is (no evidence in a criminal matter)
naming? Michael Lawrence Pack? / October 2008? for a
court case? in District court of Maryland? for Baltimore
city? (Lied (cover up) conspiracy perjury) ???

There is (no evidence in a criminal matter) naming?
Baltimore city Police department? for a court case? in
District of Maryland? For Baltimore city? / October 2008?

There is (no evidence in a criminal matter) naming?
MTA officer An Janith Jones? for a court case? in
District of Maryland? For Baltimore city? / October 2008?

The Perfect cover
up?
story???

(Plaintiff Michael Lawrence Pack is Prose? and
can't provide counsel? / October 2008?
(case 00936450 NY?)
The Truth will set you free???
InJustice is not Justice?

## PROBABLE CAUSE - GENERALLY

A police officer may not arrest a person without an arrest warrant unless he has probable cause to believe that a crime has been committed and that the person in question has committed that crime. Probable cause exists if the facts and circumstances known to the officer, and of which he had reasonably trustworthy information, are sufficient to warrant a prudent person in believing that the suspect probably has committed a crime. A mere possibility that the person has committed a crime is not enough, and there must be enough actual evidence to reasonably lead to the conclusion that the suspect has committed a crime.

The rule of probable cause is a non-technical conception of a reasonable ground for belief of guilt, requiring <u>less</u> evidence for such belief than would justify conviction but more evidence than that which would arouse a mere suspicion.

In dealing with probable cause, however, as the very name implies, we deal with probabilities. These are not technical; they are the factual and practical considerations of everyday life on which reasonable and prudent men, not legal technicians, act. Because many situations which confront officers in the course of executing their duties are more or less ambiguous, room must be allowed for some mistakes on their part. But the mistakes must be those of reasonable men, acting on facts leading sensibly to their conclusions of probability. The rule of probable cause is a practical, nontechnical conception affording the best compromise that has been found for accommodating . . . often opposing interests. Requiring more would unduly hamper law enforcement. To

*[Handwritten:] Plaintiff Mr Michael Lawrence Pack is Prose? and can't Provide Counsel?*

Def. Jury Instr.

2

Handwritten envelope (return address):
Mr Michael Lewnera Reck
5412 Semmord av Apt C
Baltimore Md 21215

Handwritten envelope (recipient):
Justice Department
Attorney General Eric Holder
ATTN: Attorney General
950 Pennsylvania Ave
Washington DC 20530




```
   CALVERT FINANCE STATION     USPS
         BALTIMORE, Maryland
              212029997
           2303830008 -0096
03/02/2015   (800)275-8777   09:17:03 AM

              Sales Receipt
Product      Sale   Unit       Final
Description  Qty    Price      Price

(Forever)     1     $0.62      $0.62
Folk Art
Eagle PSA #9
Envelope
                               _____
Total:                         $0.62

Paid by:
Cash                           $1.00
Change Due:                   -$0.38

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
*******************************************
*******************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
*******************************************
*******************************************

Bill#: 1000403907594
Clerk: 08

    All sales final on stamps and postage
    Refunds for guaranteed services only
          Thank you for your business

       ------------------------------

          HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                  Go to:
        https://postalexperience.com/Pos

    Or scan this code with your mobile device.

              [QR code]

             YOUR OPINION COUNTS
       ------------------------------

                Customer Copy
```

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Mr Michael L Pack
_____
Plaintiff/Petitioner

United State Postal Service
_____
Defendant/Respondent

Civil Action No. JKB 15-589

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 9 Feb 2015

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property *(such as rental income)* | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 6 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |